No. 03–6235. BOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6238. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6240. CARSTARPHEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6242. PAUL v. REESE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–6243. ZUNIGA-GUEVARA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6244. JOHNSON, AKA MITCHELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6248. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6252. DADI v. HUGHES, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–6259. BARKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–1574. UNITED STATES v. NEWDOW ET AL. C. A. 9th Cir. Motion of Sandra L. Banning for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this motion and this petition.

No. 03–7. NEWDOW v. UNITED STATES CONGRESS ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 03–15. ARIZONA v. PANDELI, AKA FLORIAN. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari denied.